LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899<br>
July 22, 2025

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: United States v. Javon Hoskins,<br>22 Cr. 142 (VSB)

Your Honor,

    I write to request that the Court direct Probation Officer Megan Henriquez, who prepared Mr. Hoskins' PSR, to amend his PSR to reflect the changes below. At the time of the report, Officer Henriquez accurately reported, in paragraph 85, that Mr. Hoskins had a bench warrant issued in N.Y. County. Based on that open warrant, Mr. Hoskins has been designated to a penitentiary, Big Sandy, rather than a medium security facility and is being denied the opportunity to participated in the RDAPT drug treatment program.

    Armed with the information provided by Officer Henriquez, some of which is not contained in the PSR, I appeared in N.Y. Criminal Court in May, 2025 and had the warrant vacated. Based on the age of the 1999 case and the lack of evidence, the District Attorney's office dismissed the charges. A copy of the Certificate of Disposition is attached.

    Since then, to no avail, I have made efforts, through mail and email with the BOP to effect a change in Mr. Hoskins' status. I have communicated with Officer Henriquez, who has reviewed the Certificate of Disposition and indicated that she is willing to update the PSR as requested. However a final PSR can only be amended by Court order. Once amended the updated report must be sent to Mr. Hoskins' facility via official means as they will not accept a PSR from defense counsel. I believe that can be done via email by the U.S. Marshals.

    I request that the Court direct the Probation Department to amend the PSR to reflect the dismissal of the case referred to in paragraph 85. I further request that the Probation Department take steps to get the amended report to U.S.P. Big Sandy.

    Thomas Wright, Esq., "does not believe that a PSR that is correct at the time of judgment imposed should be amended for this purpose." He may submit a response to this request.

Respectfully,<br>
*Lisa Scolari*<br>
Lisa Scolari

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  7/22/2025